UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLY MIREE PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>Defendant. | CASE NO. 15-cv-05404 JRC<br><br>ORDER GRANTING STIPULATED REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. §405(g) |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6) This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration (Dkt. 20).

After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and reverses and remands this matter to the Acting Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

1   Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

2   case be REVERSED and REMANDED for further administrative proceedings pursuant to

3   sentence four of 42 U.S.C. § 405(g).

4   On remand, the administrative law judge (ALJ) will hold a new hearing and issue a new

5   decision, and plaintiff may raise any issue and submit additional evidence in support of her

6   claim.

7   The ALJ will reevaluate the medical opinions of record, reevaluate the credibility of

8   plaintiff and the lay witnesses, reevaluate plaintiff's residual functional capacity, as necessary,

9   and reevaluate whether or not plaintiff can do her past relevant work or other work in the

10   national economy, as necessary.

11   Following proper presentation, this Court will consider plaintiff's application for attorney

12   fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

13   Given the facts and the parties' stipulation, the Court hereby orders that the case be

14   **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). JUDGMENT

15   is entered for plaintiff, and this case is closed.

16   Dated this 11th day of December, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING STIPULATED REMAND
PURSUANT TO SENTENCE FOUR OF 42 U.S.C.
§405(G) - 2